**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

IN RE: **Garabedian, Rosine Linda**                                   CASE NO 24-40619

                                                                                    CHAPTER **13**

## AMENDED

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **06/26/2024**          Signature        **/s/ Rosine Linda Garabedian**
                                                                                    Rosine Linda Garabedian, Debtor

Massachusetts Property Insurance Underwriting Association
2 Center Plz # 800
Boston, MA 02108

K&L Gates LLP
1 Congress Street
Suite 2900
Boston, MA 02114

CCLM 28 Meachen Road, LLC
c/o Jonathan Carlson, Manager
26 Cross Street
Boston, MA 02129