OLF3A (Official Local Form 3A)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  
    ROSINE L. GARABEDIAN

    Debtor(s)

Case No. 24-40619  
Chapter 13

## Instructions to Debtor(s):

A. Pursuant to MLBR, Appendix 1, Rule 13-4(b), the Debtor(s) or Debtor(s)'s attorney shall cause a copy of the Plan to be served by first class mail or other permitted means upon the Chapter 13 trustee, all creditors of the debtor, all attorneys who have filed a notice of appearance and request service of all pleadings, and other parties in interest (collectively referred to as the "recipients") using this form, Official Local Form 3A ("OLF 3A"). You must list each recipient's name and mailing address in the Certificate of Service. Do not include account numbers or any personal identifier. See Fed. R. Bankr. P. 9037.

B. **If in the Plan you request:**
    (1) to limit, modify, or determine the amount of a secured claim (you checked the box "Included" in Part 1, Line 1.1); and/or
    (2) to avoid a judicial lien or nonpossessory, nonpurchase-money security interest (you checked the box "Included" in Part 1, Line 1.2 ),
**you must, in addition to serving the Plan as set forth above in Section A and using OLF 3A, *ALSO* serve a copy of this Plan on the holder(s) of the affected claim(s) and any other entity the Court designates in the manner provided for service in accordance with Fed. R. Bankr. P. 7004, using the Affidavit of Service of Chapter 13 Plan, Official Local Form 3B ("OLF 3B").**

C. If serving creditors only under Section A, file only OLF 3A with the Court after service is made. If serving creditors also under Section B, you must file both OLF 3A and OLF 3B with the Court after service is made.

## CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

I/We hereby certify that on __7/3/2024__ (date) and in accordance with MLBR, Appendix 1, Rule 13-4(b), I/we served by first class United States mail a copy of this Plan to the on the parties on the attached list.

By the Debtor(s):

/s/ Cynthia R. Ravosa  
Signature of Debtor(s)/attorney for Debtor(s)  
Print name Cynthia R. Ravosa, Esq.  
BBO Number (if applicable): 696996  
Firm name (if applicable): Address: One South Ave. Natick, MA 01760  
Telephone: 508-655-3013  
Email Address: massachusettsbankruptcycenter@gmail.com

USPS FIRST CLASS MAILING AUDIENCE:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | EXCLUDE | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-40619<br>DISTRICT OF MASSACHUSETTS<br>WED JUL 3 8-1-51 PST 2024 | ~~(U)CCLM 28 MEACHEN ROAD LLC~~ | ~~WORCESTER~~<br>~~U S BANKRUPTCY COURT~~<br>~~595 MAIN STREET~~<br>~~WORCESTER MA 01608-2060~~ |
| CCLM 28 MEACHEN ROAD LLC<br>CO JONATHAN CARLSON MANAGER<br>26 CROSS STREET<br>BOSTON MA 02129-2505 | (P)CITY OF NEWTON<br>1000 COMMONWEALTH AVE<br>TREASURY DEPT<br>NEWTON CENTRE MA 02459-1449 | DOONAN GRAVES LONGORIA LLC<br>100 CUMMINGS CENTER SUITE 303C<br>BEVERLY MA 01915-6107 |
| DOW LAW GROUP LLC<br>34 JUNCTION SQUARE<br>CONCORD MA 01742-3049 | KL GATES LLP<br>1 CONGRESS STREET<br>SUITE 2900<br>BOSTON MA 02114-2023 | MASS DEPT OF REVENUE ATTN BANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON MA 02204-7090 |
| MASSACHUSETTS PROPERTY INSURANCE<br>UNDERWRITING ASSOCIATION<br>2 CENTER PLZ 800<br>BOSTON MA 02108-1910 | NATIONAL GRID<br>160 NEWTON ST<br>WALTHAM MA 02453-8643 | TOWN OF SUDBRY<br>278 OLD SUDBURY RD<br>SUDBURY MA 01776-1843 |
| US BANK NA<br>425 WALNUT ST<br>CINCINNATI OH 45202-3940 | WATERTOWN SAVINGS BANK<br>60 MAIN ST<br>WATERTOWN MA 02472-4422 | EXCLUDE<br>~~CYNTHIA RAVOSA~~<br>~~MASSACHUSETTS BANKRUPTCY CENTER~~<br>~~ONE SOUTH AVENUE~~<br>~~NATICK MA 01760-4600~~ |
| EXCLUDE<br>~~DAVID A MAWHINNEYCH13~~<br>~~CHAPTER 13 TRUSTEE~~<br>~~PO BOX 964~~<br>~~WORCESTER MA 01613-0964~~ | EXCLUDE<br>~~RICHARD KING~~<br>~~OFFICE OF US TRUSTEE~~<br>~~446 MAIN STREET~~<br>~~14TH FLOOR~~<br>~~WORCESTER MA 01608-2361~~ | EXCLUDE<br>~~ROSINE L GARABEDIAN~~<br>~~28 MEACHEN ROAD~~<br>~~SUDBURY MA 01776-1381~~ |