**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

Chapter 13

In re: ROSINE L. GARABEDIAN

Case Number: 24-40619 EDK

      **DEBTOR**

## WITHDRAWAL OF NOTICE BY COMMISSIONER OF MASSACHUSETTS DEPARTMENT OF REVENUE FOR PREPETITION TAX RETURNS

Please take notice that based upon further information provided by the debtor, Geoffrey E. Snyder, as he is Commissioner of Revenue for the Commonwealth of Massachusetts (hereinafter, "MDOR"), by and through his undersigned agent and attorney-in-fact, hereby withdraws the *Unfiled Prepetition Tax Return Notice By Commissioner Of Massachusetts Department of Revenue.*

      GEOFFREY E. SNYDER
      COMMISSIONER
      MASSACHUSETTS DEPARTMENT OF REVENUE

      **By his duly authorized agent,**

      **/s/ Michael Bonin**
      **MASSACHUSETTS DEPARTMENT OF REVENUE**
      **BANKRUPTCY UNIT - COLLECTIONS BUREAU**
      **200 ARLINGTON ST, CHELSEA, MA 02150**
      **PO BOX 7090 BOSTON, MASSACHUSETTS 02204-7090**
      **(617) 626-3875**



Geoffrey E. Snyder
Commissioner

**MASSACHUSETTS DEPARTMENT OF REVENUE**
**COLLECTIONS BUREAU - BANKRUPTCY UNIT**

200 ARLINGTON ST, CHELSEA, MA 02150
PO BOX 7090, BOSTON, MASSACHUSETTS 02204-7090
Phone: (617) 626-3875     Fax: (617) 626-3796

In re: ROSINE L. GARABEDIAN

Chapter 13
Case Number: 24-40619 EDK

## CERTIFICATE OF SERVICE

I, Michael Bonin, hereby certify that I have caused the attached Commissioner of the Massachusetts Department of Revenue's Withdrawal Notice of Unfiled Prepetition Tax Returns and Request For The Same Pursuant To 11 U.S.C. Section 1308, to be served by first class mail, postage prepaid, upon parties or persons appearing on the accompanying SERVICE LIST attached hereto who were not listed as being served electronically upon.

CYNTHIA RAVOSA
ONE SOUTH AVENUE
NATICK, MA 01760-0000

Chapter 13 Trustee
PO BOX 964
WORCESTER, MA 01613

/s/ Michael Bonin
MASSACHUSETTS DEPARTMENT OF REVENUE
08/21/2024