UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE: )
) CHAPTER 13
) CASE NO. 24-40619-EDK
ROSINE L. GARABEDIAN, )
)
)
Debtor )
)

### AFFIDAVIT OF ROSINE L. GARABEDIAN

To the Honorable Elizabeth D. Katz, U.S. Bankruptcy Judge:

I, **ROSINE L. GARABEDIAN**, do depose and say that:

1. I am over the age of eighteen and have personal knowledge of the matters set forth herein and would be competent to testify thereto;

2. I make this affidavit in support of my Motion for Authority to Sell Estate Property Located at 141-143 Eastbourne Road, Newton, Massachusetts that has been filed in the above-captioned bankruptcy case;

3. My counsel has explained to me the contents and factual assertions that are contained in the Debtor's Supplemental Brief in Support of my motion to sell the property located at 141-143 Eastbourne Road, Newton, Massachusetts that has been filed in this case;

4. All of the factual assertions in the motions and briefs referenced in paragraphs two and three of this affidavit as explained to me by my counsel are true, correct and accurate, including the following facts:
    a. I am the Grantor, Trustee, and beneficiary of the Garabedian Revocable Trust that I executed on November 6, 2020;
    b. The other beneficiaries of the Garabedian Revocable Trust are Ardashes Garabedian, Raffi Garabedian, and Salpi Tnkjian, a/k/a Salpi Garabedian, all of whom have given their express written permission to allow the sale of 141-143 Eastbourne Road, Newton, MA upon the terms and conditions contained in the purchase and sale agreement that has been filed with this Court;
    c. That the Garabedian Revocable Trust has not been altered, amended, terminated or revoked, and is in full force and effect;
    d. That as Trustee of the Garabedian Revocable Trust, I have full power and authority granted to me under the Garabedian Revocable Trust to sell the real estate located at 141-143 Eastbourne Road, Newton, MA.

SIGNED UNDER THE PAINS AND PENTALTIES OF PERJURY THIS 22nd DAY OF OCTOBER, 2024.

*Rosine L. Garabedian*
ROSINE L. GARABEDIAN